## In re GARDNER'S ESTATE.

No. 6465—Opinion Filed Aug. 14, 1917.

(167 Pac. 212.)

### Appeal and Error—Examination of Record—Reversal.

Where the plaintiff in error filed a brief, and the defendants in error have failed to file brief. and have given no excuse for their failure. and on an examination of the record it appears that the errors asserted are well founded. this court is not required to search for some theory. or for authorities, that might possibly save the judgment appealed from.

(Syllabus by the Court.)

Error from District Court. McCurtain County; Summers Hardy, Judge.

In the matter of the estate of Anderson Gardner, deceased. From an adverse judgment, proponents appeal. Reversed and remanded, with instructions to the probate court to grant the prayer of the proponents.

Chas. E. McPherren, Chas. B. Cochran, and Warren B. Phillips, for plaintiff in error.

PER CURIAM. This case-made was filed in this court May 20, 1914. The plaintiffs in error filed brief June 24, 1916. The defendants in error have not filed a brief, and have given no reason for not doing so.

We have examined the errors assigned in the brief of plaintiff in error, and the record upon which they are predicated, and the grounds urged for a reversal appear to be well taken. Under such a condition this court is not required to hunt authorities to support contention of defendants in error, or search the record to find some theory upon which the judgment below may be sustained; but, where the brief filed appears reasonably to sustain the assignments of error, the court will reverse the judgment, in accordance with the prayer of the petition of the plaintiff in error. Miles v. Bird, 41 Okla. 428, 138 Pac. 789, and cases cited.

This case is therefore reversed and remanded, with instructions to the probate court to grant the prayer of proponents.